No. 5362.—DE LA CRUZ, apldo., *v.* LÓPEZ ET AL., apltes.— C. D. San Juan. Noviembre 28, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Wolf.)

POR CUANTO, la parte apelante ha dejado de presentar un señalamiento separado de errores;

POR CUANTO, el único error alegado es que la corte inferior cometió manifiesto error al apreciar la prueba presentada por los demandados en apoyo de su moción de apertura de rebeldía, y al apreciar las circunstancias concurrentes en el caso;

Por cuanto, el único objeto de la moción presentada en la corte inferior fué dejar sin efecto una rebeldía, fundándose en que los demandados no habían sido debidamente emplazados;

Por cuanto, la corte de distrito resolvió con razón derecha al expresar que la comparecencia de los demandados para presentar una excepción previa constituyó una renuncia a la citación;

Por cuanto, los apelantes no nos han convencido de que tienen una defensa o apelación meritoria,

Por tanto, se desestima el presente recurso.